No. 87–6763.  FOGGY v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 87–6817.  WILLIAMS v. PLANNED PARENTHOOD FEDERATION OF AMERICA ET AL.  C. A. 10th Cir.  Certiorari before judgment denied.